## CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Zolzaya Tserennadmid**<br>DOB: 1980, Citizen of Mongolia | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**23-00516MJ** |

Complaint for violations: Title 18, United States Code §§922(g)(5)(A) and 924(a)(8)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about June 29, 2023, in the District of Arizona, **Zolzaya TSERENNADMID**, knowing she was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, in and affecting interstate and foreign commerce, to wit: one (1) Taurus, Model G3XL9X19, 9mm pistol. All in violation of Title 18, United States Code, §§ 922(g)(5)(A) and 924(a)(8).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On June 29, 2023, in the District of Arizona, United States (US), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), Special Agent (SA) Hemphill was part of a Special Response Team that was executing a federal search warrant at a residence in Tucson, AZ. SA Hemphill encountered subject **Zolzaya TSERENNADMID** driving a vehicle, a 2019 black Dodge Grand Caravan which was also part of the search warrant, away from her residence. As agents removed **TSERENNADMID** from the vehicle, SA Hemphill observed in plain view in a belt holster, a Taurus, Model G3XL9X19, 9mm pistol which was subsequently removed.

At approximately 0630 hours, HSI SA Stevenson met with SA Hemphill, who explained the details of the encounter at the residence. SA Stevenson was aware through queries of law enforcement indices that **TSERENNADMID** was illegally and unlawfully present in the U.S. The records queries revealed that **TSERENNADMID** had entered the U.S. at or near Chicago, Illinois as a B1 visitor on May 27, 2002, on a nonimmigrant visa which was valid until November 16, 2003. **TSERENNADMID** overstayed the validity of her visa. Agents determined that on March 3, 2016, **TSERENNADMID** was apprehended by officers with Enforcement and Removal Operations. An immigration judge ordered **TSERENNADMID** removed from the U.S. on April 26, 2018. The Board of Immigration Appeals dismissed an appeal of this order filed by **TSERENNADMID** and her lawyer on December 2, 2020. The Ninth Circuit Court dismissed a petition to review the judge's decision filed by **TSERENNADMID** and her lawyer on October 13, 2022. In a post-*Miranda* statement, **TSERENNADMID** admitted that she had indeed filed the appeals regarding her immigration status. **TSERENNADMID** also stated that she purchased the firearm.

A Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gave a preliminary finding that the firearm retrieved from the person of **TSERENNADMID** had not been manufactured in the state of Arizona, thereby having affected interstate or foreign commerce.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:** N/A

| DETENTION REQUESTED<br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br><br>AUTHORIZED by AUSA R. Arellano    *Raquel Arellano* Digitally signed by RAQUEL ARELLANO Date: 2023.06.30 09:31:14 -07'00'<br>**Sworn to telephonically.** | SIGNATURE OF COMPLAINANT<br>JOSEPH A STEVENSON  Digitally signed by JOSEPH A STEVENSON Date: 2023.06.30 11:17:46 -07'00'<br><br>OFFICIAL TITLE & NAME:<br>Special Agent Joseph Stevenson, United States Homeland Security Investigations |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]* | DATE<br>June 30, 2023 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54