GARY M. RESTAINO
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
AZ State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

FILED

2023 JUL 26  AM 5: 45

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-01117 TUC-RM(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 922(g)(5) and 924(a)(8)<br>(Felon in Possession of a Firearm and Ammunition)<br>Count 1 |
| Zolzaya Tserennadmid, | |
| Defendant. | |
| | 18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>(False Statements in Connection with Acquisition of Firearm)<br>Count 2 |
| | 18 U.S.C. § 924(d) and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about June 29, 2023, in the District of Arizona, Defendant ZOLZAYA TSERENNADMID, knowing she was an alien illegally and unlawfully in the United States, did knowingly possess a firearm and ammunition, in and affecting interstate and foreign commerce, to wit: one (1) Taurus, Model G3XL, 9mm pistol, and three (3) rounds of 9mm ammunition bearing headstamp "norma 9mm LUGER".

All in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

///

## COUNT 2

On or about May 4, 2022, in the District of Arizona, Defendant ZOLZAYA TSERENNADMID, in connection with the acquisition of a firearm, that is, a Taurus, Model G3XL, 9mm pistol from Quick Trip Pawn, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Quick Trip Pawn, which statement was intended to deceive Quick Trip Pawn as to a fact material to the lawfulness of such sale of said firearm to Defendant ZOLZAYA TSERENNADMID under Chapter 44, Title 18, United States Code, in that Defendant ZOLZAYA TSERENNADMID stated that she was a United States citizen and was not an alien illegally and unlawfully in the United States and was therefore eligible to be the transferee/buyer of said firearm when in fact she is not a United States citizen and is an alien illegally and unlawfully in the United States and prohibited from said purchase.

In violation of Title 18, United States Code, Sections 922(a)(6), and 924(a)(2)

## FORFEITURE ALLEGATION

Upon conviction of Counts 1 through 2 of the Indictment, the defendant, ZOLZAYA TSERENNADMID, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: a Taurus G3XL pistol, bearing serial number ADA889203 and magazine, and three (3) rounds of 9mm ammunition.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said

defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: July 26, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
ADAM D. ROSSI
Assistant United States Attorney